AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

LARRY SWISHER and SUZANNE SWISHER, husband and wife,

                Plaintiffs,

            v.

JP MORGAN CHASE BANK, a national banking institution,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5105-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary or Partial Summary Judgment is granted. Judgment is entered in favor of Defendant JP Morgan Chase Bank.

December 13, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson